UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:26-CR- 225 |
| vs. | : | (J. Mehalchick) |
| THALIA BACON, Defendant. | : | Filed Under Seal |

**ORDER**

NOW THIS 16th day of October 2026, upon consideration of the United States' Motion to Unseal this case, the Clerk is ordered to unseal the above captioned matter.

PHILLIP J. CARABALLO
United States Magistrate Judge