# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

# NOTICE

UNITED STATES OF AMERICA CASE NO. 3:26-CR-225

v.

THALIA BACON

**PLEASE TAKE NOTICE** that the following proceeding has been **SCHEDULED** for the date, time and place listed below:

**PLACE:** **Max Rosenn U.S. Courthouse**
**197 South Main Street, Courtroom #1**
**Wilkes-Barre, Pennsylvania**

**DATE: Thursday, October 29, 2026**
**TIME: 1:30 p.m.**

**TYPE OF PROCEEDING: IA/ARRAIGNMENT**

DATE: October 20, 2026

Peter J. Welsh, Clerk of Court
By: Dawn M. Wychock
Courtroom Deputy

Copies to: U.S. Attorney
FPD
U.S. Marshal
Probation
Court Reporters